IGNACIA S. MORENO, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE, Trial Attorney, Ore. Bar No. 055573
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

*IT IS SO ORDERED*
*Judge James Ware*
12/2/2009

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE OTTER PROJECT and ENVIRONMENTAL DEFENSE CENTER,<br><br>Plaintiffs,<br>v.<br><br>KEN SALAZAR, Secretary of the United States Department of the Interior, SAM HAMILTON, Director of the U.S. Fish & Wildlife Service, UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH & WILDLIFE SERVICE,<br><br>Defendants. | No. C 09-4610 JW<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT UP TO AND INCLUDING DECEMBER 21, 2009** |

Pursuant to Civil L.R. 6-1(a) this Stipulation is entered into by and between Plaintiffs, The Otter Project and Environmental Defense Center, and Defendants, Ken Salazar, Secretary of the United States Department of the Interior, Sam Hamilton, Director of the U.S. Fish & Wildlife

Stipulation Extending Time to
Respond to Complaint                        1                        No. C. 09-4610 JW

Service, the United States Department of the Interior, and the United States Fish & Wildlife Service:

WHEREAS, the above-captioned Complaint for Declaratory and Injunctive Relief was filed on September 30, 2009;

WHEREAS, the United States Attorney for the Northern District of California was served with the Summons and Complaint on October 9, 2009, see Doc. No. 10;

WHEREAS, Defendants' Answer or other response to the Complaint, pursuant to Fed. R. Civ. P. 12(a)(3), would therefore be due December 11, 2009;

WHEREAS, Defendants need additional time to determine and prepare their response to the Complaint;

NOW, THEREFORE, Plaintiffs and Defendants stipulate as follows:

1. Defendants shall answer or otherwise respond to the Complaint by December 21, 2009.

November 20, 2009                                    Respectfully Submitted,


_/s/ Brian Segee (by LEF, as authorized on 11/20/09)_
Brian Segee (Cal. Bar No. 200795)
Environmental Defense Center
906 Garden Street
Santa Barbara, CA 93101
Tel: (805) 963-1622 x. 113
Fax: (805) 962-3152
email: bsegee@edcnet.org

Attorney for Plaintiffs


IGNACIA S. MORENO, Asst. Attorney General
JEAN E. WILLIAMS, Section Chief


_/s/ Lawson E. Fite_
LAWSON E. FITE, Trial Attorney

Stipulation Extending Time to
Respond to Complaint                       2                       No. C. 09-4610 JW

Oregon Bar No. 055573
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE OTTER PROJECT, et al., <br><br> Plaintiffs, <br> v. <br> KEN SALAZAR, et al., <br><br> Defendants. | No. C 09-4610 PVT <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on November 20, 2009, I electronically filed the foregoing STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Lawson E. Fite*
　　　　　　　　　　　　　　　　　　　　　　　　　　　 LAWSON E. FITE