

DENIED
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| THE OTTER PROJECT,<br>ENVIRONMENTAL DEFENSE CENTER,<br><br>    Plaintiffs,<br>  v.<br><br>KEN SALAZAR, ROWAN GOULD,<br>UNITED STATES DEPARTMENT OF<br>THE INTERIOR, UNITED STATES FISH<br>& WILDLIFE SERVICE,<br><br>    Defendants,<br><br>CALIFORNIA SEA URCHIN<br>COMMISSION, PETER HALMAY,<br>HARRY LIQUORNIK, CALIFORNIA<br>ABALONE ASSOCIATION, SONOMA<br>COUNTY ABALONE NETWORK,<br><br>    Intervenor-Defendants. | No. C 09-4610 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil L.R. 6-2 and 7-12, this Stipulation is entered into by and between Plaintiffs, The Otter Project and Environmental Defense Center, Federal Defendants, Ken

Stipulation and [Proposed] Order
Continuing Case Management Conference   1     No. C. 09-4610 JW

1  Salazar, Secretary of the United States Department of the Interior, Rowan Gould, Acting
2  Director of the U.S. Fish & Wildlife Service, the United States Department of the Interior, and
3  the United States Fish & Wildlife Service, and Intervenor-Defendants, California Sea Urchin
4  Commission, Peter Halmay, Harry Liquornik, California Abalone Association, and Sonoma
5  County Abalone Network.

6    WHEREAS, the Court, in its Order of May 5, 2010, set a Case Management Conference
7  in the above-captioned matter for May 24, 2010, at 10:00 a.m. (Doc. No. 42 at 10);

8    WHEREAS, counsel for Federal Defendants will be out of the country and unavailable
9  from May 14, 2010 to May 26, 2010, due to previously scheduled personal commitments, and is
10 otherwise unavailable on June 21, 2010, and June 28, 2010;

11   WHEREAS, counsel for Intervenor-Defendants will be out of the country and
12 unavailable from June 1, 2010, to June 14, 2010, due to previously scheduled personal
13 commitments;

14   WHEREAS, the parties agree that continuing the Case Management Conference in this
15 matter will not materially impede the progress of this litigation, and may facilitate discussions
16 regarding settlement;

17   NOW, THEREFORE, the undersigned parties stipulate as follows:

18  1. The Case Management Conference set for May 24, 2010, shall be CONTINUED to July
19   12, 2010 at 10:00 a.m.  Alternatively, if the Court prefers, the parties are available for a
20   special setting at any time on June 22 or 23, 2010.

21  2. The parties shall file a Joint Case Management Statement ten days prior to the Case
22   Management Conference.

23 //
24 //
25 //
26 //
27 //
28

Stipulation and [Proposed] Order
Continuing Case Management Conference     2       No. C. 09-4610 JW

May 6, 2010                                Respectfully Submitted,


   /s/ Brian Segee (by LEF, as authorized 5/6/10)
Brian Segee (Cal. Bar No. 200795)
Environmental Defense Center
906 Garden Street
Santa Barbara, CA 93101
Tel: (805) 963-1622 x. 113
Fax: (805) 962-3152
email: bsegee@edcnet.org

Attorney for Plaintiffs


IGNACIA S. MORENO, Asst. Attorney General
JEAN E. WILLIAMS, Section Chief



   /s/ Lawson E. Fite
LAWSON E. FITE, Trial Attorney
Oregon Bar No. 055573
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Federal Defendants



   /s/ George J. Mannina, Jr. (by LEF, as authorized 5/6/10)
George J. Mannina, Jr. (D.C. Bar No. 316943)
*Pro hac vice*
NOSSAMAN LLP

Stipulation and [Proposed] Order
Continuing Case Management Conference         3                    No. C. 09-4610 JW

1666 K St., N.W., Suite 500
Washington, D.C. 20006
(202) 887-1400
Fax: (202) 466-3215
gmannina@nossaman.com


Attorneys for Intervenor-Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED.

The request to continue the **May 24, 2010** case management conference is DENIED.  The case management remains on calendar as previously scheduled.  The parties shall file their joint case managemnet confernece statement by  **May 14, 2010.**

Dated: May 13, 2010                               _____

UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order
Continuing Case Management Conference            4                    No. C. 09-4610 JW