IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE OTTER PROJECT and ENVIRONMENTAL DEFENSE CENTER,<br><br>    Plaintiffs,<br>v.<br><br>KEN SALAZAR, ROWAN GOULD, UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH & WILDLIFE SERVICE,<br><br>    Defendants,<br><br>CALIFORNIA SEA URCHIN COMMISSION, PETER HALMAY, HARRY LIQUORNIK, CALIFORNIA ABALONE ASSOCIATION, SONOMA COUNTY ABALONE NETWORK,<br><br>    Intervenor-Defendants. | No. C 09-4610 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER FIRST AMENDED COMPLAINT** |

Pursuant to Civil L.R. 6-1(a), 6-2, and 7-12 this Stipulation is entered into by and between Plaintiffs, The Otter Project and Environmental Defense Center, Federal Defendants, Ken Salazar, Secretary of the United States Department of the Interior, Rowan Gould, Acting

Stipulation Extending Time to
Answer First Amended Complaint             1                          No. C. 09-4610 JW

Director of the U.S. Fish & Wildlife Service, the United States Department of the Interior, and the United States Fish & Wildlife Service, and Intervenor-Defendants, California Sea Urchin Commission, Peter Halmay, Harry Liquornik, California Abalone Association, and Sonoma County Abalone Network.

WHEREAS, on May 5, 2010, the Court denied Federal Defendants' motion to dismiss the First Amended Complaint (Doc. No. 42);

WHEREAS, Defendants' Answer to the First Amended Complaint, pursuant to Fed. R. Civ. P. 12(a)(4) and 6(d), would therefore be due May 24, 2010;

WHEREAS, counsel for Federal Defendants will be out of the country on honeymoon from May 14, 2010 to May 26, 2010;

WHEREAS, one previous extension of ten days to answer has been granted, Doc. No. 18;

NOW, THEREFORE, the parties stipulate as follows:

1. Defendants shall answer the First Amended Complaint by June 3, 2010.

May 13, 2010                                        Respectfully Submitted,


                                                                        */s/ Linda J. Krop (by LEF as authorized on 5/13/10)*
Linda J. Krop (Cal. Bar. No. 118773)
Brian Segee (Cal. Bar No. 200795)
Environmental Defense Center
906 Garden Street
Santa Barbara, CA 93101
Tel: (805) 963-1622
Fax: (805) 962-3152
email: bsegee@edcnet.org, lkop@edcnet.org

Attorneys for Plaintiffs


IGNACIA S. MORENO, Asst. Attorney General
JEAN E. WILLIAMS, Section Chief

Stipulation Extending Time to
Answer First Amended Complaint            2                            No. C. 09-4610 JW

     /s/ Lawson E. Fite
LAWSON E. FITE, Trial Attorney
Oregon Bar No. 055573
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Federal Defendants


     /s/ George J. Mannina, Jr.(by LEF, as authorized 5/13/10)
George J. Mannina, Jr. (D.C. Bar No. 316943)
*Pro hac vice*
NOSSAMAN LLP
1666 K St., N.W., Suite 500
Washington, D.C. 20006
(202) 887-1400
Fax: (202) 466-3215
gmannina@nossaman.com

Attorneys for Intervenor-Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 17, 2010

_____
UNITED STATES DISTRICT JUDGE

Stipulation Extending Time to
Answer First Amended Complaint     3                        No. C. 09-4610 JW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE OTTER PROJECT, et al., | No. C 09-4610 JW |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| KEN SALAZAR, et al., | |
| Defendants, | |
| CALIFORNIA SEA URCHIN COMMISSION, et al., | |
| Intervenor-Defendants. | |

I hereby certify that on May 13, 2010, I electronically filed the foregoing STIPULATION EXTENDING TIME TO ANSWER with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                                          */s/ Lawson E. Fite*

                                                          LAWSON E. FITE