

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE OTTER PROJECT and ENVIRONMENTAL DEFENSE CENTER,<br><br>           Plaintiffs,<br>     v.<br><br>KEN SALAZAR, ROWAN GOULD, UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH & WILDLIFE SERVICE,<br><br>           Defendants,<br><br>CALIFORNIA SEA URCHIN COMMISSION, PETER HALMAY, HARRY LIQUORNIK, CALIFORNIA ABALONE ASSOCIATION, SONOMA COUNTY ABALONE NETWORK,<br><br>           Intervenor-Defendants. | No. C 09-4610 JW<br><br>**STIPULATION AND [PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE AND REFERRING CASE TO JUDGE LAPORTE FOR SETTLEMENT CONFERENCE** |

Pursuant to Civil L.R. 7-12 this Stipulation is entered into by and between Plaintiffs, The Otter Project and Environmental Defense Center, Federal Defendants, Ken Salazar, Secretary of the United States Department of the Interior, Rowan Gould, Acting Director of the U.S. Fish &

Stipulation re: Briefing Schedule
and Settlement Conference                          1                              No. C. 09-4610 JW

1  Wildlife Service, the United States Department of the Interior, and the United States Fish &
2  Wildlife Service, and Intervenor-Defendants, California Sea Urchin Commission, Peter Halmay,
3  Harry Liquornik, California Abalone Association, and Sonoma County Abalone Network.

WHEREAS, on May 20, 2010, the Court entered a Scheduling Order in this matter (Doc. No. 49);

WHEREAS, the Scheduling Order establishes dates for completion of briefing and hearing the parties' cross-motions for summary judgment, but does not establish a briefing schedule;

WHEREAS, the parties have agreed to a briefing schedule consistent with the Scheduling Order;

WHEREAS, the parties have participated in two conference calls with the Alternative Dispute Resolution ("ADR") program, and have agreed that a Settlement Conference before a magistrate judge may aid resolution of this matter;

NOW, THEREFORE, the parties stipulate as follows:

1. Defendants shall file and serve the Administrative Record on or before August 16, 2010.
2. Plaintiffs or Intervenor-Defendants shall file any motion challenging the contents of the Administrative Record on or before September 14, 2010.  The filing of such a motion shall vacate any summary-judgment briefing and hearing schedule.
3. The parties shall file their motions for summary judgment on or before September 17, 2010.
4. The parties shall file oppositions to motions for summary judgment by October 8, 2010.
5. The parties shall file summary-judgment replies by October 22, 2010.
6. The Court finds good cause to refer this case to Magistrate Judge Laporte for a Settlement Conference. On or before **July 2, 2010**, the parties shall contact Judge Laporte's Chambers to schedule their settlement conference.

Stipulation re: Briefing Schedule
and Settlement Conference                    2                    No. C. 09-4610 JW

|     |     |
| --- | --- |
| 1   |     |
| 2   |    */s/ Brian Segee (by LEF, as authorized 6/18/10)* |
| 3   | Linda J. Krop (Cal. Bar. No. 118773) <br> Brian Segee (Cal. Bar No. 200795) |

           */s/ Brian Segee (by LEF, as authorized 6/18/10)*
Linda J. Krop (Cal. Bar. No. 118773)
Brian Segee (Cal. Bar No. 200795)
Environmental Defense Center
906 Garden Street
Santa Barbara, CA 93101
Tel: (805) 963-1622
Fax: (805) 962-3152
email: bsegee@edcnet.org, lkop@edcnet.org

Attorneys for Plaintiffs


IGNACIA S. MORENO, Asst. Attorney General
JEAN E. WILLIAMS, Section Chief



      */s/ Lawson E. Fite*
LAWSON E. FITE, Trial Attorney
Oregon Bar No. 055573
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Federal Defendants



     */s/ George J. Mannina, Jr. (by LEF, as authorized 6/18/10)*
George J. Mannina, Jr. (D.C. Bar No. 316943)
*Pro hac vice*
NOSSAMAN LLP
1666 K St., N.W., Suite 500
Washington, D.C. 20006
(202) 887-1400
Fax: (202) 466-3215

Stipulation re: Briefing Schedule
and Settlement Conference           3                No. C. 09-4610 JW

gmannina@nossaman.com

Attorneys for Intervenor-Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED **AS MODIFIED.**

Dated: June 25, 2010

_____
JAMES WARE
United States District Judge

Stipulation re: Briefing Schedule
and Settlement Conference                    4                         No. C. 09-4610 JW