IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE OTTER PROJECT and ENVIRONMENTAL DEFENSE CENTER,<br><br>Plaintiffs,<br>v.<br><br>KEN SALAZAR, ROWAN GOULD, UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH & WILDLIFE SERVICE,<br><br>Defendants,<br><br>CALIFORNIA SEA URCHIN COMMISSION, PETER HALMAY, HARRY LIQUORNIK, CALIFORNIA ABALONE ASSOCIATION, SONOMA COUNTY ABALONE NETWORK,<br><br>Intervenor-Defendants. | No. C 09-4610 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING DATE PENDING SETTLEMENT DISCUSSIONS** |

Pursuant to Civil L.R. 7-12 this Stipulation is entered into by and between Plaintiffs, The Otter Project and Environmental Defense Center, Federal Defendants, Ken Salazar, Secretary of

Stipulation Extending Briefing Schedule
and Continuing Hearing Date Pending
Settlement Discussions                    1                    No. C. 09-4610 JW

1  the United States Department of the Interior, Rowan Gould, Acting Director of the U.S. Fish &
2  Wildlife Service, the United States Department of the Interior, and the United States Fish &
3  Wildlife Service, and Intervenor-Defendants, California Sea Urchin Commission, Peter Halmay,
4  Harry Liquornik, California Abalone Association, and Sonoma County Abalone Network.

5       WHEREAS, on May 20, 2010, the Court entered a Scheduling Order in this matter (Doc.
6  No. 49), which set the parties cross-motions for summary judgment for hearing on November 15,
7  2010, and established October 22, 2010 as the date for completion of summary judgment
8  briefing;

9       WHEREAS, on June 25, 2010, the Court approved the parties' stipulation setting a
10  briefing schedule and referring the above-captioned matter for a Settlement Conference before
11  Magistrate Judge Elizabeth D. Laporte (Doc. No. 53), which has been set for August 26, 2010
12  (Doc. No. 55);

13       WHEREAS, the parties have engaged in settlement discussions over the past month that
14  have proven productive, and have exchanged two rounds of settlement proposals;

15       WHEREAS, the parties wish to continue the settlement discussions and to concentrate
16  their resources on settling, rather than litigating, this matter;

17       WHEREAS, Defendants' deadline for production of the Administrative Record is August
18  16, 2010 (Doc No. 53);

19       WHEREAS, due to their focus on preparation of a comprehensive settlement proposal,
20  Defendants are unable to compile the Administrative Record by August 16, 2010;

21       WHEREAS, Defendants need an extension of at least 60 days to prepare the
22  Administrative Record in the event the present settlement discussion are not successful;

23       WHEREAS, all parties believe that diversion of Defendants' resources into finalization
24  of the Administrative Record would needlessly and unduly impede their settlement discussions;

25       WHEREAS, the parties believe that the briefing schedule should be extended so as not
26  needlessly to divert all parties' resources into litigation rather than settlement activities;

27
28  Stipulation Extending Briefing Schedule
    and Continuing Hearing Date Pending
    Settlement Discussions                2                 No. C. 09-4610 JW

WHEREAS, the parties agree that a 60-day extension of the production, briefing and hearing deadlines is appropriate;

NOW, THEREFORE, the parties stipulate as follows:

1. Defendants shall file and serve the Administrative Record on or before October 18, 2010.
2. Plaintiffs or Intervenor-Defendants shall file any motion challenging the contents of the Administrative Record on or before November 12, 2010. The filing of such a motion shall vacate any summary-judgment briefing and hearing schedule.
3. The parties shall file their motions for summary judgment on or before November 15, 2010.
4. The parties shall file oppositions to motions for summary judgment by December 6, 2010.
5. The parties shall file summary-judgment replies by December 20, 2010.
6. The hearing on the parties' cross-motions for summary judgment, presently set for November 15, 2010, at 9:00 a.m., shall be continued to January 24, 2011 at 9:00 a.m.

August 10, 2010                              Respectfully Submitted,

*/s/ Brian Segee (by LEF, as authorized 8/9/10)*
Linda J. Krop (Cal. Bar. No. 118773)
Brian Segee (Cal. Bar No. 200795)
Environmental Defense Center
906 Garden Street
Santa Barbara, CA 93101
Tel: (805) 963-1622
Fax: (805) 962-3152
email: bsegee@edcnet.org, lkop@edcnet.org

Attorneys for Plaintiffs


IGNACIA S. MORENO, Asst. Attorney General
SETH M. BARSKY, Acting Section Chief

          */s/ Lawson E.Fite*
LAWSON E. FITE, Trial Attorney
Oregon Bar No. 055573
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Federal Defendants


    */s/ George J. Mannina, Jr. (by LEF, as authorized 8/10)*
George J. Mannina, Jr. (D.C. Bar No. 316943)
*Pro hac vice*
NOSSAMAN LLP
1666 K St., N.W., Suite 500
Washington, D.C. 20006
(202) 887-1400
Fax: (202) 466-3215
gmannina@nossaman.com


Attorneys for Intervenor-Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: August 17, 2010

_____
UNITED STATES DISTRICT JUDGE

Stipulation Extending Briefing Schedule
and Continuing Hearing Date Pending
Settlement Discussions          4          No. C. 09-4610 JW