United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE OTHER PROJECT, et al., | No. C- 09-04610 JW (EDL) |
| Plaintiffs, | |
| v. | ORDER VACATING SETTLEMENT CONFERENCE |
| KEN SALAZAR, et al., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter having advised the Court that they have agreed to a settlement, it is hereby ORDERED that the Settlement Conference set for October 1, 2010 is VACATED.

Dated:   September 29, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge