# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THE OTTER PROJECT and ENVIRONMENTAL DEFENSE CENTER, | No. C 09-4610 JW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS FOR TEN DAYS** |
| v. | |
| KEN SALAZAR, ROWAN GOULD, UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH & WILDLIFE SERVICE, | |
| Defendants, | |
| CALIFORNIA SEA URCHIN COMMISSION, PETER HALMAY, HARRY LIQUORNIK, CALIFORNIA ABALONE ASSOCIATION, SONOMA COUNTY ABALONE NETWORK, | |
| Intervenor-Defendants. | |

Pursuant to Civil L.R. 7-12 this Stipulation is entered into by and between Plaintiffs, The Otter Project and Environmental Defense Center, Federal Defendants, Ken Salazar, Secretary of

Stipulation Staying Proceedings              1                    No. C. 09-4610 JW

1  the United States Department of the Interior, Rowan Gould, Acting Director of the U.S. Fish &
2  Wildlife Service, the United States Department of the Interior, and the United States Fish &
3  Wildlife Service, and Intervenor-Defendants, California Sea Urchin Commission, Peter Halmay,
4  Harry Liquornik, California Abalone Association, and Sonoma County Abalone Network.

5  WHEREAS, on August 17, 2010, the Court approved the parties' stipulation (Doc. No.
6  49), setting the parties' cross-motions for summary judgment for hearing on January 24, 2011,
7  establishing December 20, 2010, as the date for completion of summary judgment briefing, and
8  establishing October 18, 2010 as the date for production of the Administrative Record.

9  WHEREAS, the parties have engaged in settlement discussions that have proven
10 productive, and have reached tentative agreement at the staff level on a written agreement to
11 settle the merits this litigation;

12 WHEREAS, the parties need additional time to discuss provisions relating to attorneys'
13 fees, and Federal Defendants would need additional time to gain approval from supervisory
14 officials at the Departments of Justice and the Interior;

15 WHEREAS, the parties wish to continue the settlement discussions and to concentrate
16 their resources on settling, rather than litigating, this matter;

17 WHEREAS, the parties believe that the briefing schedule should be extended so as not
18 needlessly to divert all parties' resources into litigation rather than settlement activities;

19 WHEREAS, the parties agree that a 10-day stay of this case is appropriate;

20 NOW, THEREFORE, the parties stipulate as follows:

21 1. All proceedings in this case are stayed for 10 days.

22 2. The parties shall file a proposal for further proceedings, if any, on October 25, 2010.

23 3. The present summary-judgment briefing and hearing schedule shall remain in effect.

24
25 October 15, 2010                    Respectfully Submitted,

26
27                                      */s/ Brian Segee (by LEF, as authorized 10/15/10)*
                                        Linda J. Krop (Cal. Bar. No. 118773)
28                                      Brian Segee (Cal. Bar No. 200795)

Stipulation Staying Proceedings              2                         No. C. 09-4610 JW

Environmental Defense Center
906 Garden Street
Santa Barbara, CA 93101
Tel: (805) 963-1622
Fax: (805) 962-3152
email: bsegee@edcnet.org, lkop@edcnet.org

Attorneys for Plaintiffs


IGNACIA S. MORENO, Asst. Attorney General
SETH M. BARSKY, Acting Section Chief


   */s/ Lawson E. Fite*
LAWSON E. FITE, Trial Attorney
Oregon Bar No. 055573
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Federal Defendants


*/s/ George J. Mannina, Jr. (by LEF, as authorized 10/15/10)*
George J. Mannina, Jr. (D.C. Bar No. 316943)
*Pro hac vice*
NOSSAMAN LLP
1666 K St., N.W., Suite 500
Washington, D.C. 20006
(202) 887-1400
Fax: (202) 466-3215
gmannina@nossaman.com

Attorneys for Intervenor-Defendants

PURSUANT TO THE STIPUATION, IT IS SO ORDERED.

Dated: October 20, 2010          _____
                                           United States District Judge