

10/26/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE OTTER PROJECT and ENVIRONMENTAL DEFENSE CENTER,<br><br>    Plaintiffs,<br>  v.<br><br>KEN SALAZAR, ROWAN GOULD, UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH & WILDLIFE SERVICE,<br><br>    Defendants,<br><br>CALIFORNIA SEA URCHIN COMMISSION, PETER HALMAY, HARRY LIQUORNIK, CALIFORNIA ABALONE ASSOCIATION, SONOMA COUNTY ABALONE NETWORK,<br><br>    Intervenor-Defendants. | No. C 09-4610 JW<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS** |

Pursuant to Civil L.R. 7-12 this Stipulation is entered into by and between Plaintiffs, The Otter Project and Environmental Defense Center, Federal Defendants, Ken Salazar, Secretary of

Stipulation Staying Proceedings               1                         No. C. 09-4610 JW

1 the United States Department of the Interior, Rowan Gould, Acting Director of the U.S. Fish & Wildlife Service, the United States Department of the Interior, and the United States Fish & Wildlife Service, and Intervenor-Defendants, California Sea Urchin Commission, Peter Halmay, Harry Liquornik, California Abalone Association, and Sonoma County Abalone Network.

WHEREAS, on August 17, 2010, the Court approved the parties' stipulation (Doc. No. 49), setting the parties' cross-motions for summary judgment for hearing on January 24, 2011, establishing December 20, 2010, as the date for completion of summary judgment briefing, and establishing October 18, 2010 as the date for production of the Administrative Record;

WHEREAS, on October 20, 2010, the Court approved the parties stipulation (Doc. No. 63), staying the matter for ten days, up to and including October 25, 2010;

WHEREAS, the parties have engaged in settlement discussions that have proven productive, and have reached tentative agreement at the staff level to settle all claims in this litigation, including attorneys' fees;

WHEREAS, the parties need additional time to finalize the terms of a written settlement agreement, and Federal Defendants need additional time to gain approval from supervisory officials at the Departments of Justice and the Interior;

WHEREAS, the parties wish to continue the settlement discussions and to concentrate their resources on settling, rather than litigating, this matter;

WHEREAS, the parties believe that the briefing and hearing schedule should be extended so as not needlessly to divert all parties' resources into litigation rather than settlement activities;

WHEREAS, the parties agree that a 30-day stay of this case is appropriate;

NOW, THEREFORE, the parties stipulate as follows:

1. All proceedings in this case are stayed for 30 days.
2. The parties shall file a proposal for further proceedings, if any, on or before November **22,** 2010.

October 22, 2010                                   Respectfully Submitted,

Stipulation Staying Proceedings            2                    No. C. 09-4610 JW

    */s/ Brian Segee (by LEF, as authorized 10/22/10)*
Linda J. Krop (Cal. Bar. No. 118773)
Brian Segee (Cal. Bar No. 200795)
Environmental Defense Center
906 Garden Street
Santa Barbara, CA 93101
Tel: (805) 963-1622
Fax: (805) 962-3152
email: bsegee@edcnet.org, lkop@edcnet.org

Attorneys for Plaintiffs


IGNACIA S. MORENO, Asst. Attorney General
SETH M. BARSKY, Acting Section Chief



    */s/ Lawson E. Fite*
LAWSON E. FITE, Trial Attorney
Oregon Bar No. 055573
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Federal Defendants



    */s/ George J. Mannina, Jr. (by LEF, as authorized 10/22/10)*
George J. Mannina, Jr. (D.C. Bar No. 316943)
*Pro hac vice*
NOSSAMAN LLP
1666 K St., N.W., Suite 500
Washington, D.C. 20006
(202) 887-1400
Fax: (202) 466-3215
gmannina@nossaman.com

Stipulation Staying Proceedings      3      No. C. 09-4610 JW

Attorneys for Intervenor-Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 26, 2010

_____

UNITED STATES DISTRICT JUDGE